1058-15

# ELECTRONIC RECORD

COA # 02-14-00464-CR    OFFENSE: 0.06

STYLE: The State of Texas v. Casey Welborn    COUNTY: Denton

COA DISPOSITION: REVREM    TRIAL COURT: County Criminal Court No. 4

DATE: 07/30/2015    Publish: YES    TC CASE #: CR-2013-07913-D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: The State of Texas v. Casey Welborn    CCA #: 1058-15

_APPELLEE'S_ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_REFUSED_    JUDGE: _____

DATE: 11/18/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD